IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SPENCER ALLAN PROCTOR,            )
                                  )
              Plaintiff,          )
                                  )
       v.                         )      Case No.1:14CV238
                                  )
J.C. HUGGINS, et al.,             )
                                  )
              Defendants.         )

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter comes before the Court *sua sponte*. Plaintiff filed this action alleging various claims against Defendants. (Docket Entry 2.) Plaintiff also filed an application to proceed *in forma pauperis*. (Docket Entry 1.) The court granted Plaintiff's request to proceed *in forma pauperis*, and ordered that he prepare and deliver summons for service on each defendant to the clerk no later than 15 days from the filing of the Order. (Docket Entry 3.) Plaintiff was forewarned that this action would be dismissed without further notice for failure to comply with the Order. (*Id.*) On April 22, 2014, the Court again ordered Plaintiff to provide the correct summons for service on each defendant and was forewarned of dismissal of this action for failure to comply with the Order. (Docket Entry 4.)

To date, Plaintiff has failed to comply with the Order, in that he has failed to return to the clerk completed summonses for service on defendants. **IT IS THEREFORE RECOMMENDED** that this action be dismissed without prejudice for Plaintiff's failure to comply with the Court's prior Order.

This, the 5th day of May, 2014.

Joe L. Webster
United States Magistrate Judge